# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ALEXANDER FLOYD, individually and on behalf of himself and persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOORDASH, INC., a foreign corporation; DOORDASH EXPRESS DELIVERY LLC, a Washington limited liability company; DOORDASH ESSENTIALS, LLC, a foreign limited liability company; DOORDASH G&C, LLC, a foreign limited liability company; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01740-BJR<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE** |

Plaintiff Alexander Floyd and Defendants DoorDash, Inc., DoorDash Essentials, LLC, and DoorDash G&C, LLC, have filed their Joint Stipulated Motion to Set Briefing Schedule related to Defendants DoorDash, Inc., DoorDash Essentials, LLC, and DoorDash G&C, LLC's Combined Motion to Dismiss Pursuant to FRCP Rule 12(b)(6) and Motion to Strike Pursuant to FRCP Rule 12(f) ("Combined Motions to Dismiss and Strike") [Dkt. 9].

ORDER GRANTING JOINT STIPULATED
MOTION TO SET BRIEFING SCHEDULE- 1
Case No. 2:23-cv-01740-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1  IT IS HEREBY ORDERED that the briefing schedule related to Defendants DoorDash,
2  Inc., DoorDash Essentials, LLC, and DoorDash G&C, LLC's Combined Motions to Dismiss and
3  to Strike is as follows:

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| Plaintiff's Response | 12/11/2023 | 01/19/2024 |
| Defendant's Reply | 12/26/2023 | 02/02/2024 |

DATED: December 7, 2023.

JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Adam T. Pankratz*
   Adam T. Pankratz WSBA # 50951
   1201 Third Avenue, Suite 5150
   Seattle, WA  98101
   Telephone:  (206) 693-7057
   Facsimile:  (206) 693-7058
   Email:   adam.pankratz@ogletree.com

ORDER GRANTING JOINT STIPULATED
MOTION TO SET BRIEFING SCHEDULE - 2
Case No. 2:23-cv-01740-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | |
| 3 | By: */s/ Mathew A. Parker* <br>    Mathew A. Parker, OSBA #0093231 |
| 4 |    (appearing *pro hac vice*) <br>    The KeyBank Building |
| 5 |    88 East Broad Street, Suite 2025 <br>    Columbus, OH  43215 |
| 6 |    Telephone:  (614) 494-0420 <br>    Facsimile:  (614) 633-1455 |
| 7 |    Email:  mathew.parker@ogletree.com |
| 8 | *Attorneys for Defendants DoorDash, Inc., DoorDash Essentials, LLC, and DoorDash G&C, LLC* |

Approved as to Form; Presentation Waived:

EMERY | REDDY PLLC

By: */s/ Patrick B. Reddy*
   Timothy W. Emery, WSBA #34078
   Patrick B. Reddy, WSBA #34092
   Paul Cipriani Jr., WSBA #59991
   600 Stewart Street, Suite 1100
   Seattle, WA  98101-1269
   Telephone:  (206) 442-9106
   Facsimile:  (206) 441-9711
   Email:   emeryt@emeryreddy.com
           reddyp@emeryreddy.com
           paul@emeryreddy.com

*Attorneys for Plaintiff Alexander Floyd*

ORDER GRANTING JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE - 3
Case No. 2:23-cv-01740-BJR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058