THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALEXANDER FLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOORDASH, INC., a foreign profit corporation doing business as DOORDASH; DOORDASH EXPRESS DELIVERY L.L.C., a Washington limited liability company; DOORDASH ESSENTIALS, LLC, a foreign limited liability company doing business as DASHMART; DOORDASH G&C, LLC, a foreign limited liability company; and DOES 1-20,<br><br>Defendants | NO. 2:23-cv-01740-BJR<br><br>**STIPULATED MOTION AND REQUEST TO STAY AND ORDER** |

Plaintiff Alexander Floyd ("Plaintiff") and Defendants DOORDASH, INC., DOORDASH ESSENTIALS, LLC, and DOORDASH G&C, LLC's (the "Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit this Stipulated Motion and Request to Stay.

After fully briefing Defendants' Motion to Dismiss (Dkt. 9), the Parties conferred regarding alternative dispute resolution and agreed to mediation. Mediation is scheduled for March 25, 2024 with mediator Teresa A. Wakeen of Wakeen & Associates Mediation Services. As a result, the Parties request a stay of this action including further litigation, motions practice,

related case deadlines, and any decision by the Court on Defendants' pending Motion to Dismiss, until after mediation.

The parties agree to submit a Joint Status Report by March 29, 2024, apprising the Court of the outcome of mediation and any resolution.

WHEREFORE, the Parties respectfully request that the Court grant this Stipulated Motion and Request to Stay.

Respectfully submitted this 18th day of March , 2024.

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
By: */s/ Paul Cipriani*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #94092
Paul Cipriani, WSBA # 59991
EMERY REDDY, PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
emeryt@emeryreddy.com
*Attorneys for Plaintiff*

By: */s/ Adam T. Pankratz*
Adam T. Pankratz, WSBA #50951
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7057
Facsimile: (206) 693-7058
Email: adam.pankratz@ogletree.com


By: */s/ Mathew A. Parker*
Mathew A. Parker, (*appearing pro hac vice*)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C
The KeyBank Building
88 East Broad Street, Suite 2025
Columbus, OH 43215
Telephone: (614) 494-0420
Facsimile: (614) 633-1455
Email: mathew.parker@ogletree.com
*Attorneys for Defendants*

## **ORDER**

Upon consideration of the Parties' Stipulated Motion and Request to Stay, the Court finds that good cause exists to stay this action until April 1, 2024 after mediation, and it is hereby **ORDERED** that this Motion is **GRANTED.**

It is **FURTHER ORDERED** that Parties shall file a Joint Status Report by March 29, 2024 apprising the court of any resolution.

DATED this 18th day of March, 2024

_____
HONORABLE BARBARA J. ROTHSTEIN
U.S. DISTRICT JUDGE